COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| IN RE: | | No. 08-17-00149-CV |
| | § | |
| DOLORES NARVAEZ, LUIS | | An Original Proceeding |
| NARVAEZ, EDUARDO VELARDE, | § | |
| JOSE JUAN VELARDE, JULIETA | | in Mandamus |
| DURAN, LUZ MAGDALENA | § | |
| ESCOBAR, AND JOSE ANTONIO | | |
| VELARDE JUAREZ, | § | |
| | | |
| RELATORS. | § | |

## J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Stephen Ables, Presiding Judge of the 34th District Court of El Paso County, Texas, and concludes that Relators' petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 13TH DAY OF JULY, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.